LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL AVENUE
SUITE 1600
PHOENIX, ARIZONA 85004
TELEPHONE: (602) 271-7700
FACSIMILE: (602) 258-7785
Sarah L. Barnes /Bar No. 020362
E-mail: slb@bowwlaw.com
kel@bowwlaw.com

Attorneys for Defendants Valerie Gilreath, MD, Kari Rounds, RN and Chidozie Eze, PA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melinda Gabriella Valenzuela,<br><br>Plaintiff,<br><br>v.<br><br>Unknown Ornelas, *et. al*,<br><br>Defendants. | No. CV 20-00335-PHX-MTL (MHB)<br><br>**STIPULATION TO DISMISS WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendants Valerie Gilreath, M.D., Kari Rounds, RN, and Chidozie Eze, PA, and Plaintiff hereby stipulate to dismiss all claims herein against these Defendants, in the above-captioned matter, each to bear their own attorneys' fees and costs.

WHEREFORE, Plaintiff and these Defendants respectfully request this Court enter an Order dismissing the claims against Defendants, without prejudice, consistent with the proposed Order filed herewith.

RESPECTFULLY SUBMITTED 2nd day of December, 2020.

BROENING OBERG WOODS & WILSON, P.C.

By: /s/ Sarah L. Barnes
    Sarah L. Barnes
    2800 North Central Avenue
    Suite 1600
    Phoenix, Arizona  85004
    Attorneys for Defendants Valerie Gilreath, MD, Kari Rounds, RN and Chidozie Eze, PA

By: _____  ← sign.
    Melinda G. Valenzuela
    *Plaintiff Pro Se*

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, with copies submitted by U.S. mail and/or electronically to the following recipients:

Melinda G. Valenzuela
2509 W. Belmont
Phoenix, AZ 85051
*Plaintiff Pro Se*

Anthony J. Fernandez
Nichole L. Cullen
Valerie R. Baccaro
Quintairos Prieto Wood & Boyer PA
8800 E. Raintree Drive, Suite 100
Scottsdale, AZ 85260
*Counsel for Defendants*

/s/ Kathy Lake